■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v RAFAEL CASTANEDA, Appellant. [602 NYS2d 13] —Judgment, Supreme Court, New York County (Joan Carey, J.), rendered July 2, 1991, convicting defendant, upon his plea of guilty, of assault in the second degree and criminal sale of a controlled substance in the fifth degree, and sentencing him, as a second felony offender, to consecutive terms of 2½ to 5 years and 2 to 4 years, respectively, unanimously affirmed.

Defendant was properly adjudicated a second felony offender. Advised to consult with counsel, defendant admitted the prior conviction contained in the predicate felony statement and failed to raise any constitutional claim in respect thereto *(see, People v Sailor,* 65 NY2d 224, 235, *cert denied* 474 US 982). His protestations of innocence regarding the prior felony conviction and questioning of the court did not challenge the constitutionality of that conviction, and thus did not necessitate a hearing (CPL 400.21 [7] [b]; *see, People v Jones,* 183 AD2d 471, *lv denied* 80 NY2d 896). We have reviewed the sentence, and find that it was not an abuse of discretion *(see, People v Capasso,* 171 AD2d 448, 449). Concur—Rosenberger, J. P., Asch, Kassal and Rubin, JJ.